IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NICOLAS JOSEPH GOODWIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:15-CV-00006-RWS |
| CAPTAIN DANNY WOODS, | : |
| *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [9] of Magistrate Judge J. Clay Fuller. Judge Fuller recommended allowing Plaintiff's retaliation claim against Lt. Sullivan and Deputy Calderon to proceed but dismissing the remaining claims and Defendants from this action. Plaintiff filed Objections [14] to the Report and Recommendation and a Motion for Leave to File Second Amended Complaint [15]. In his proposed Second Amended Complaint, Plaintiff seeks to address some of the issues raised in the Report and Recommendation regarding the claims to be dismissed. After reviewing the record, the Court enters the following Order.

AO 72A
(Rev.8/82)

The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's retaliation claim against Defendants Lt. Sullivan and Deputy Calderon will be allowed to proceed. The Court will reserve consideration of dismissal of the remaining claims pending review of Plaintiff's Proposed Second Amended Complaint. The case is to be resubmitted to Judge Fuller for further proceedings.

**SO ORDERED**, this  19th  day of March, 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)