IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NICOLAS JOSEPH GOODWIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:15-CV-006-RWS |
| CAPTAIN DANNY WOODS, et al., | : |
| Defendants. | : |

**ORDER**

On March 20, 2015, the Court entered an Order [16] receiving with approval and adopting the Report and Recommendation [9] of Magistrate Judge J. Clay Fuller. However, because subsequent to the issuance of the Report and Recommendation, Plaintiff had filed a Motion for Leave to File a Second Amended Complaint [15], the Court reserved ruling on Plaintiff's Objections [14] to the Report and Recommendation to allow Judge Fuller to consider Plaintiff's claims in light of the proposed Second Amended Complaint.

On April 15, 2015, Judge Fuller issued a Report and Recommendation [18] in which he grants Plaintiff's Motion for Leave to File Second Amended Complaint [15] and recommends that Plaintiff be allowed to add Sgt. Lachner

as a Defendant on his retaliation claim; that Plaintiff's Motion to Amend his Sexual Harassment and Equal Protection Claims be denied; that Plaintiff's Motion to Add Due Process and Supervisory Liability Claims be denied; that Plaintiff's Motion to Enforce a State Court Order and for Mental Health Counseling [11] be denied; and that Plaintiff's Motion to Add Capt. Neville as a Defendant [12] be denied.

After reviewing the Report and Recommendation and considering all of Plaintiff's motions and his earlier-filed Objections, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Motion to Amend his Sexual Harassment and Equal Protection Claims is **DENIED**; Plaintiff's Motion to Add Due Process and Supervisory Liability Claims is **DENIED**; Plaintiff's Motion to Enforce a State Court Order and for Mental Health Counseling [11] is **DENIED**; and Plaintiff's Motion to Add Capt. Neville as a Defendant [12] is **DENIED**. Plaintiff is **ALLOWED** to add Sgt. Lachner as a Defendant on his retaliation claim in addition to Lt. Sullivan and Deputy Calderon, against whom the claim was previously allowed to proceed. Plaintiff's remaining claims and the remaining Defendants are **DISMISSED** from this action.

The Court having allowed claims to proceed, the Clerk is **DIRECTED** to resubmit this matter to Judge Fuller for further proceedings.

**SO ORDERED**, this 13th day of May, 2015.

_____
**RICHARD W. STORY**
United States District Judge