# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

NICHOLAS JOSEPH GOODWIN,          :
                                  :
    Plaintiff,                    :
                                  :
    v.                            :      CIVIL ACTION NO.
                                  :      2:15-CV-06-RWS
CAPTAIN DANNY WOODS, et           :
al.,                              :
                                  :
    Defendants.                   :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 51]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 51] is hereby approved and adopted as the opinion and order of this Court. As such, Defendants' Motion for Summary Judgment [Doc. No. 49] is GRANTED. Plaintiff's Motion for Appointment of Counsel [Doc. No. 37] is DENIED. Defendants' Motion to Dismiss [Doc. No. 35] is DENIED as moot. The Clerk is DIRECTED to terminate the pending status of Judge Fuller's previous Report and Recommendation [Doc. No. 41] and close this action.

AO 72A
(Rev.8/82)

**SO ORDERED**, this 29th day of February, 2016.

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)